UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>**James Terry Hathcock**,<br>a/k/a Michael Armand Cristos<br><br>                              Defendant. | Case No.: **89-cr-01055-RSH**<br><br>**JUDGEMENT AND ORDER OF DISMISSAL** |

Upon motion of the Government pursuant to Rule 48(a), based on the death of Defendant James Terry Hathcock a/k/a Michael Armand Cristos ("Defendant"), the indictment is DISMISSED as to Defendant, and any warrants for his arrest in Case nos. 86-CR-209-E-3 or 89-CR-1055-E-1 are hereby ordered to be recalled.

**IT IS SO ORDERED.**

Dated:  March 2, 2023

*Robert S. Huie*
_____

Hon. Robert S. Huie
United States District Judge